FILED
2017 Aug-24  PM 05:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# Table of Contents

Doc. 1 - Civil Cover Sheet ............................................................................................................. 3

Doc. 2 - Complaint ........................................................................................................................ 4

Doc. 3 - Complaint Transmittal ................................................................................................... 6

Doc. 4 - Complaint Summons ....................................................................................................... 9

Doc. 5 - Complaint Certified Mail ............................................................................................. 11

Doc. 6 - Complaint QBE Service Return .................................................................................... 12

Doc. 7 - Complaint QBE Service Return Notice Transmittal .................................................... 13

Doc. 8 - Amended Complaint ...................................................................................................... 14

Doc. 9 - Amended Complaint Notice Transmittal ...................................................................... 16

Doc. 10 - QBE Answer ................................................................................................................ 19

Doc. 11 - QBE MTD Cover Sheet .............................................................................................. 22

Doc. 12 - QBE MTD .................................................................................................................. 23

Doc. 13 - Answer Transmittal .................................................................................................... 25

Doc. 14 - Motion Transmittal ..................................................................................................... 29

Doc. 15 - Order scheduling QBE MTD for Hearing .................................................................. 33

Doc. 16 - Order Transmittal ........................................................................................................ 34

Doc. 17 - Order Dismissing QBE Americas, Inc. ...................................................................... 37

Doc. 18 - Order Transmittal ........................................................................................................ 38

Doc. 19 - Service on BOA returned unserved ............................................................................. 41

Doc. 20 - Service on BOA returned unserved ............................................................................. 43

Doc. 21 - NOS QBE RFPs and IROGs to Pl. ............................................................................ 45

Doc. 22 - QBE first IROGs to Pl. .............................................................................................. 47

Doc. 23 - QBE first RFPs to Pl. ................................................................................................. 51

Doc. 24 - Discovery Transmittal ................................................................................................ 55

Doc. 25 - QBE Mot. to Compel Cover Sheet ............................................................................. 59

Doc. 26 - QBE Mot. to Compel Resp. to Disc. .......................................................................... 60

Doc. 27 - Ex. A to QBE Mot. to Compel ................................................................................... 62

Doc. 28 - Ex. B to QBE Mot. to Compel ................................................................................... 71

Doc. 29 - Motion Transmittal ..................................................................................................... 73

Doc. 30 - Order granting QBE Mot. to Compel ......................................................................... 76

Doc. 31 - Order Transmittal ........................................................................................................ 77

Doc. 32 - Mail returned unsent to BOA ...................................................................................... 80

Doc. 33 - Cover Sheet for MTD for Failure to comply with disc. order .................................... 82

Doc. 34 - QBE MTD for Fail. to Comply with Disc. Order ...................................................... 84

Doc. 35 - Motion Transmittal ..................................................................................................... 88

Doc. 36 - Pl.'s Obj. to QBE MTD .............................................................................................. 91

Doc. 37 - Motion Transmittal ..................................................................................................... 92

Doc. 38 - Order denying QBE MTD ........................................................................................... 95

Doc. 39 - Order Transmittal ........................................................................................................ 96

Doc. 40 - Pl.'s NOS of Responses to QBE Disc. ................................................................................................................... 99

Doc. 41 - Notice Transmittal of Pl.'s NOS ................................................................................................................... 100

ELECTRONICALLY FILED
10/10/2016 11:16 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>31<br><br>Date of Filing:<br>10/10/2016 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**

**JAMES PERRY WORKS v. QBE AMERICAS, INC. ET AL**

**First Plaintiff:** ☐ Business ☑ Individual     **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other                                             ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☑ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ **INITIAL FILING**     **A** ☐ **APPEAL FROM<br>DISTRICT COURT**     **O** ☐ **OTHER**

**R** ☐ **REMANDED**     **T** ☐ **TRANSFERRED FROM<br>OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO     **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**     ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

CUN001          10/10/2016 11:16:26 AM          /s/ JOHN EDWARD CUNNINGHAM
_____          Date          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**     ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
10/10/2016 11:16 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# IN THE CIRCUIT COURT OF
## ETOWAH COUNTY, ALABAMA

**JAMES PERRY WORKS,**

      **PLAINTIFF**

**VS.**                                    **CASE NO: CV-16_____**

**QBE AMERICAS, INC. and**
**BANK OF AMERICA INSURANCE**
**SERVICES, INC.,**

      **DEFENDANTS.**

## COMPLAINT

Comes now the Plaintiff in the above styled action and files his complaint as follows:

1. On or about May 28, 2014 the Plaintiff's home located at 868 Perry Works Road, Attalla, Etowah County, Alabama was damaged by high winds.

2. At the time of the damage the Plaintiff had in force with the Defendants a policy of insurance that provided coverage for damages caused to Plaintiffs on account of wind damages.

3. The Plaintiff has made claim on the Defendants to pay for the cost of repairs proximately caused by the wind and the Defendants have refused.

WHEREFORE, the Plaintiff respectfully demands judgment against the Defendants separately and severally in the amount of $25,000.00 and costs.

                        s/John Edward Cunningham
                        John Edward Cunningham
                        Cunningham Law LLC
                              Attorney for Plaintiff
                              852 Chestnut Street
                        Gadsden, Alabama 35901
                        Telephone: (256) 546-1953
                        Fax: (256) 546-9971
                        CUN001
                        E-Mail: eddy@cunninghamlaw.co

Defendants may be
served by registered
mail as follows:

QBE Americas Inc.
P. O. Box 19702
Irvine, CA 92623-9702

Bank of America Insurance
Services, Inc.
P. O. Box 10246
Mail Code:  CA6-913-02-11
Van Nuys, CA 91410



AlaFile E-Notice

31-CV-2016-900721.00

To:   JOHN EDWARD CUNNINGHAM
      eddy@cunninghamlaw.co

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following complaint was FILED on 10/10/2016 11:16:35 AM

Notice Date:      10/10/2016 11:16:35 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:  QBE AMERICAS, INC.
     P. O. BOX 19702
     IRVINE, CA, 92623

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following complaint was FILED on 10/10/2016 11:16:35 AM

Notice Date:     10/10/2016 11:16:35 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:  BANK OF AMERICA INSURANCE SERVICES INC
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following complaint was FILED on 10/10/2016 11:16:35 AM

Notice Date:      10/10/2016 11:16:35 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>31-CV-2016-900721.00 |
|---|---|---|

IN THE CIRCUIT COURT OF ETOWAH COUNTY

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL

QBE AMERICAS, INC., P. O. BOX 19702, IRVINE, CA 92623

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN EDWARD CUNNINGHAM

WHOSE ADDRESS IS 852 CHESTNUT STREET, GADSDEN, AL 35901

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   JAMES PERRY WORKS

pursuant to the Alabama Rules of the Civil Procedure

Date   10/10/2016 11:16:35 AM     /s/ CASSANDRA JOHNSON

Clerk/Register

801 FORREST AVENUE

SUITE 202

GADSDEN, AL 35901

☑ Certified Mail is hereby requested     /s/ JOHN EDWARD CUNNINGHAM

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____     _____     _____

Date     Server's Signature     Address of Server

_____     _____     _____

Type of Server     Server's Printed Name     _____

Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>31-CV-2016-900721.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ETOWAH COUNTY
### JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL

BANK OF AMERICA INSURANCE SERVICES INC, P. O. BOX 10246 MAIL CODE: CA6-913-02-11, VAN NUYS, CA 91410

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN EDWARD CUNNINGHAM

WHOSE ADDRESS IS 852 CHESTNUT STREET, GADSDEN, AL 35901

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   JAMES PERRY WORKS

pursuant to the Alabama Rules of the Civil Procedure

Date   10/10/2016 11:16:35 AM      /s/ CASSANDRA JOHNSON

Clerk/Register

801 FORREST AVENUE

SUITE 202
GADSDEN, AL 35901

---

☑ Certified Mail is hereby requested      /s/ JOHN EDWARD CUNNINGHAM

Plaintiff's/Attorney's Signature

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____  in  _____  County, Alabama on  _____
                                                                                        (Date)

_____          _____          _____
Date                                         Server's Signature                       Address of Server

_____          _____          _____
Type of Server                             Server's Printed Name                   _____
                                                                                        Phone Number of Server



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL

31-CV-2016-900721.00

To:  CLERK ETOWAH
clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $13.36

Parties to be served by Certified Mail - Return Receipt Requested

QBE AMERICAS, INC.                                        Postage: $6.68
P. O. BOX 19702
IRVINE, CA 92623

BANK OF AMERICA INSURANCE SERVICES INC                   Postage: $6.68
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA 91410

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail





**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

ddress different from item 1?   ☐ Yes
r delivery address below:       ☐ No

FILED

OCT 2 1 2016   OCT 1 7 2016

QBE Americas, Inc.
Post Office Box 19702
Irvine, CA 92623
CV-2016-900721-WAM S/C D001

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK



9590 9402 1719 6074 4023 33

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
        ☐ Mail
        ☐ Mail Restricted Delivery
        (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7015 3430 0000 8457 3857

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

12



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To: CUNNINGHAM JOHN EDWARD
eddy@cunninghamlaw.co

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was served on 10/17/2016

**D001 QBE AMERICAS, INC.**

**Corresponding To**

CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
9/5/2016 11:10 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# IN THE CIRCUIT COURT OF
# ETOWAH COUNTY, ALABAMA

**JAMES PERRY WORKS,**

      **PLAINTIFF**

**VS.**                                        **CASE NO: CV-16-900721.00**

**QBE AMERICAS, INC.,**
**BANK OF AMERICA INSURANCE**
**SERVICES, INC. and**
**QBE INSURANCE CORPORATION,**

      **DEFENDANTS.**

## COMPLAINT

Comes now the Plaintiff in the above styled action and amends the complaint heretofore filed as follows:

1. QBE Insurance Corporation is added as a party Defendant.

2. Paragraphs 1, 2 and 3 of the complaint are averred against QBE Insurance Corporation and adopted and made a part of this amendment.

s/John Edward Cunningham
John Edward Cunningham
Cunningham Law LLC
     Attorney for Plaintiff
     852 Chestnut Street
Gadsden, Alabama 35901
Telephone: (256) 546-1953
Fax: (256) 546-9971
CUN001
E-Mail: eddy@cunninghamlaw.co

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been sent by the U.S. Postal Service to Joseph Cowan, Attorney at Law, Hand Arendall, Suite 1200, 2001 Park Place North, Birmingham, AL 35203 on this 5th day of December, 2016.

`

s/John Edward Cunningham



AlaFile E-Notice

31-CV-2016-900721.00

To:  JOHN EDWARD CUNNINGHAM
     eddy@cunninghamlaw.co

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following complaint was FILED on 12/5/2016 11:10:31 AM

Notice Date:     12/5/2016 11:10:31 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:  QBE AMERICAS, INC. (PRO SE)
     P. O. BOX 19702
     IRVINE, CA, 92623-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following complaint was FILED on 12/5/2016 11:10:31 AM

Notice Date:     12/5/2016 11:10:31 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:   BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
      P. O. BOX 10246
      MAIL CODE: CA6-913-02-11
      VAN NUYS, CA, 91410-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following complaint was FILED on 12/5/2016 11:10:31 AM

Notice Date:      12/5/2016 11:10:31 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



ELECTRONICALLY FILED
10/1/2016 10:27 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| **JAMES PERRY WORKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **v.** | )     **Civil Action No.:  2016-900721** |
| | ) |
| **QBE AMERICAS, INC.;** *et al*, | ) |
| | ) |
| **Defendants** | ) |

## ANSWER TO COMPLAINT

Defendant QBE Insurance Corporation ("QBE") for answer to Plaintiff's Complaint says as follows:

1.     The Complaint is due to be dismissed for failure to state a claim upon which relief can be granted.

For each numbered paragraph of the Complaint, QBE answers as follows:

1.     Denied.

2.     Denied as to "QBE Americas, Inc."  QBE Insurance Corporation admits that it issued a policy of insurance to Plaintiff, the terms of which speak for themselves.

3.     Denied.

### <u>AFFIRMATIVE DEFENSES</u>

1.     Plaintiff has failed to state a claim upon which relief can be granted.

2.     Defendant denies every averment not specifically admitted and demands strict proof thereof.

3.     Plaintiff's claim is barred because Plaintiff failed to satisfy conditions precedent to recovery.

4.      Defendant pleads all conditions precedent, conditions subsequent, exclusions, and limitations set forth in the policy and coverage as a defense to the Plaintiff's claim.

5.      Defendant denies that it failed to perform its contractual duty under the terms of the policy and demands strict proof thereof.

6.      Defendant denies that it breached the contract of insurance as alleged and demands strict proof thereof.

7.      Plaintiff's claim is barred by the applicable statutes of limitation.

8.      Plaintiff's claim is barred by the failure to give notice.

9.      Plaintiff's claim is barred by waiver, estoppel, or acquiescence.

10.     Plaintiff's claim is barred by unclean hands.

11.     Plaintiffs' claims are barred by laches.

12.     Plaintiff's claim is barred by their failure to do equity.

13.     Plaintiff has failed to mitigate damages.

14.     Defendant affirmatively avers that if a relevant policy of insurance was afforded herein by it for or on behalf of Plaintiff, said policy is the best evidence of its contents and is pled herein as though copied herein in its entirety.  Defendant specifically denies any allegations which tend to contradict, contravene, or enlarge upon the terms, conditions, exclusions or limitations of said policy.

15.     Defendant denies that it refused to pay a covered claim by Plaintiff and demands strict proof thereof.

16.     Defendant reserves the right to amend its answer and assert additional defenses as discovery progresses.

2

　　　　　　　　　　　　　　　 /s/Joseph L. Cowan II
　　　　　　　　　　　　　　　 JOSEPH L. COWAN, II (COW006)
　　　　　　　　　　　　　　　 *Attorney for QBE Insurance Corporation*

**OF COUNSEL:**
HAND ARENDALL LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

### DEFENDANT DEMANDS A TRAIL BY JURY ON ALL ISSUES SO TRIABLE

　　　　　　　　　　　　　　　 /s/Joseph L. Cowan II
　　　　　　　　　　　　　　　 OF COUNSEL

### CERTIFICATE OF SERVICE

　　　　I hereby certify that on January 11, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.　　　　　Bank of America Insurance
E-Mail:  eddy@cunninghamlaw.com　　　Services, Inc.
　　　　　　　　　　　　　　　　　　 P. O. Box 10246
　　　　　　　　　　　　　　　　　　 Mail Code: CA6-913-02-11
　　　　　　　　　　　　　　　　　　 Van Nuys, CA 91410

　　　　　　　　　　　　　　　 /s/Joseph L. Cowan II
　　　　　　　　　　　　　　　 OF COUNSEL

3

ELECTRONICALLY FILED
1/11/2017 10:30 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# STATE OF ALABAMA
**Unified Judicial System**

31-ETOWAH

☐ District Court    ☑ Circuit Court

Revised 3/5/08

Cas...

CV2...

| JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL | **CIVIL MOTION COVER SHEET** |
| --- | --- |
| | *Name of Filing Party:* D001 - QBE AMERICAS, INC. |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

JOSEPH L COWAN II

2001 PARK PLACE NORTH, SUITE 1200

BIRMINGHAM, AL 35203

*Attorney Bar No.:*  COW006

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
| --- | --- |
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☑ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $   0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule          (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br>1/11/2017 10:29:50 AM | Signature of Attorney or Party<br>/s/ JOSEPH L COWAN II |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
8/17/2017 10:30 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| JAMES PERRY WORKS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | )     **Civil Action No.: 2016-900721** |
| | ) |
| QBE AMERICAS, INC.; *et al*, | ) |
| | ) |
| **Defendants** | ) |

## MOTION TO DISMISS QBE AMERICAS INC.

Defendant QBE Americas Inc. ("QBEA") moves pursuant to Ala. R. Civ. P. 12(b)(6) to dismiss the allegations against it for failure to state a claim upon which relief can be granted.  As grounds for this motion, QBEA says as follows:

1.      Plaintiff's claim is based upon a failure by defendants to pay insurance benefits for alleged wind damage to Plaintiff's home.

2.      QBEA did not issue a policy of insurance to Plaintiff, so there is no legal basis for any claim against it for breach of contract or failure to pay. *Bernals, Inc. v. Kessler-Greystone, LLC*, 70 So. 3d 315, 319 (Ala. 2011).

3.      The policy of insurance covering Plaintiff's property was issued by "QBE Insurance Corporation," not "QBE Americas Inc."  The undersigned notified Plaintiff's counsel of the error in naming the proper party defendant and agreed to accept service of an amended complaint naming QBE Insurance Corporation in return for dismissal of the claims against QBEA.

4.      Plaintiff has now added QBE Insurance Corporation as a party defendant but has not yet dismissed QBEA.

5.      Because QBEA is not Plaintiff's insurer, and the actual insurer has now appeared, the claims against QBEA are due to be dismissed.

*/s/Joseph L. Cowan II*
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Americas Inc.*

**OF COUNSEL:**
HAND ARENDALL LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.                Bank of America Insurance
E-Mail:  eddy@cunninghamlaw.com             Services, Inc.
                                            P. O. Box 10246
                                            Mail Code: CA6-913-02-11
                                            Van Nuys, CA 91410

*/s/Joseph L. Cowan II*
OF COUNSEL

2



AlaFile E-Notice

31-CV-2016-900721.00

To:   JOSEPH L COWAN II
      jcowan@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following answer was FILED on 1/11/2017 10:27:48 AM

Notice Date:      1/11/2017 10:27:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

AlaFile E-Notice

31-CV-2016-900721.00

To: QBE AMERICAS, INC. (PRO SE)
P. O. BOX 19702
IRVINE, CA, 92623-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following answer was FILED on 1/11/2017 10:27:48 AM

Notice Date:     1/11/2017 10:27:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following answer was FILED on 1/11/2017 10:27:48 AM

Notice Date:      1/11/2017 10:27:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:  CUNNINGHAM JOHN EDWARD
eddy@cunninghamlaw.co

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following answer was FILED on 1/11/2017 10:27:48 AM

Notice Date:     1/11/2017 10:27:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   JOSEPH L COWAN II
      jcowan@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 1/11/2017 10:30:48 AM

**D001 QBE AMERICAS, INC.**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:      1/11/2017 10:30:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  QBE AMERICAS, INC. (PRO SE)
P. O. BOX 19702
IRVINE, CA, 92623-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 1/11/2017 10:30:48 AM

**D001 QBE AMERICAS, INC.**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:     1/11/2017 10:30:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 1/11/2017 10:30:48 AM

**D001 QBE AMERICAS, INC.**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: COWAN JOSEPH LAMAR II]


Notice Date:        1/11/2017 10:30:48 AM



CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  CUNNINGHAM JOHN EDWARD
eddy@cunninghamlaw.co

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 1/11/2017 10:30:48 AM

**D001 QBE AMERICAS, INC.**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:      1/11/2017 10:30:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150


ELECTRONICALLY FILED
2/2/2017 11:34 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| WORKS JAMES PERRY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2016-900721.00 |
| | ) | |
| QBE AMERICAS, INC., | ) | |
| BANK OF AMERICA INSURANCE | ) | |
| SERVICES INC, | | |
| QBE INSURANCE CORPORATION, | ) | |
| Defendants. | ) | |

## ORDER

MOTION TO DISMISS PURSUANT TO RULE 12(B) filed by QBE AMERICAS, INC. is SCHEDULED FOR HEARING BEFORE THE UNDERSIGNED ON THE 10TH DAY OF FEBRUARY, 2017 AT 10:00 A.M.

**DONE this 12th day of January, 2017.**

**/s/ W. ALLEN MILLICAN**
**CIRCUIT JUDGE**



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  CUNNINGHAM JOHN EDWARD
     eddy@cunninghamlaw.co

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 1/12/2017 11:34:20 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           WAM

Notice Date:     1/12/2017 11:34:20 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   COWAN JOSEPH LAMAR II
      jcowan@handarendall.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 1/12/2017 11:34:20 AM

ORDER

[Filer: ]

Disposition:    OTHER
Judge:          WAM

Notice Date:    1/12/2017 11:34:20 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 1/12/2017 11:34:20 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           WAM

Notice Date:     1/12/2017 11:34:20 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150


ELECTRONICALLY FILED
2/10/2017 10:02 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| WORKS JAMES PERRY, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2016-900721.00 |
| | ) |
| QBE AMERICAS, INC., | ) |
| BANK OF AMERICA INSURANCE | ) |
| SERVICES INC, | ) |
| QBE INSURANCE CORPORATION, | ) |
| Defendants. | ) |

### ORDER

The parent corporation, QBE Americas, Inc. is dismissed as a party, without prejudice.

**DONE this 10th day of February, 2017.**

**/s/ W. ALLEN MILLICAN**
**CIRCUIT JUDGE**



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   CUNNINGHAM JOHN EDWARD
      eddy@cunninghamlaw.co

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 2/10/2017 10:02:49 AM

Notice Date:     2/10/2017 10:02:49 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   COWAN JOSEPH LAMAR II
      jcowan@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 2/10/2017 10:02:49 AM

Notice Date:     2/10/2017 10:02:49 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 2/10/2017 10:02:49 AM

Notice Date:     2/10/2017 10:02:49 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE., SUITE 202
GADSDEN, ALABAMA 35901

To: BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

35901>3669

91410-024646

FILED

MAR 06 2017

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

NIXIE        913    7E 1        0003/02/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 35901366952        *1339-12784-15-39



CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE., SUITE 202
GADSDEN, ALABAMA 35901

BIRMINGHAM
AL 350
13 JAN '17
PM 31

FILED

MAR 06 2017

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

To: BANK OF AMERICA INSURANCE SERVICES INC (PRO SE))
P.O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

35901>3669

NIXIE        913   5E 1        0003/02/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  35901365952     *1229-04318-13-40

43

ELECTRONICALLY FILED
9/4/2017 4:16 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| **JAMES PERRY WORKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2016-900721** |
| | ) | |
| **QBE AMERICAS, INC.; *et al*,** | ) | |
| | ) | |
| **Defendants,** | ) | |

---

### NOTICE OF SERVICE

---

COMES NOW, QBE Insurance Corporation ("QBE"), by and through counsel, and hereby files this Notice of Service of the following discovery documents:

1. Defendant's First Interrogatories to Plaintiff; and

2. Defendant's First Request for Production of Documents to Plaintiff.


       */s/Joseph L. Cowan II*
       JOSEPH L. COWAN, II (COW006)
       *Attorney for QBE Insurance Corporation*


**OF COUNSEL:**
HAND ARENDALL LLC
1801 5th Avenue North; Ste. 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.                   Bank of America Insurance
E-Mail:  eddy@cunninghamlaw.com                Services, Inc.
                                               P. O. Box 10246
                                               Mail Code: CA6-913-02-11
                                               Van Nuys, CA 91410


                                        _/s/Joseph L. Cowan II_____
                                        OF COUNSEL

2

46



ELECTRONICALLY FILED
9/4/2017 4:16 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| **JAMES PERRY WORKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **Civil Action No.: 2016-900721** |
| | ) |
| **QBE AMERICAS, INC.;** *et al*, | ) |
| | ) |
| **Defendants,** | ) |

### DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF

COMES NOW defendant, QBE Insurance Corporation ("QBE"), and propounds the following Interrogatories Plaintiff James Perry Works. ("Plaintiff"):

In answering these discovery requests, you are required to furnish all information available to you including information in the possession of your attorney or any person acting in your behalf, and not merely such information as is known of your own personal knowledge. If you cannot answer or respond to any particular discovery request or requests in full after exercising due diligence to secure the information sought, so state and answer or respond to the extent possible, specifying or explaining your inability to answer or respond to the remainder.

### DEFINITIONS

Unless otherwise indicated, the following definitions shall be applicable to these interrogatories.

"Address" shall mean the street number, street, city and state of the subject person, business or other entity.

"Document" means any printed, typewritten, handwritten, photographic, taped, videotaped, or otherwise recorded matter of whatever character, including but not exclusively

and without limitation, records, business records, telexes, logs, bulletins, publications, books, notices, booklets, pamphlets, charts, diagrams, bills, receipts, invoices, checks, accounting records, notes, written reports, communications of any nature, statements, interviews, records of any nature, contracts, bills of sale, letters, purchase orders, studies, tests, inspections, evaluations, manuals, rules, standards, regulations, policies, guidelines, warnings, instructions, memoranda, correspondence, notebooks, telegrams, notes, catalogues, diaries, calendars, office communications, reports, statements, brochures, announcements, photographs, videotapes, transcripts of telephone conversations, meetings and interviews, electronic data, computer programs and data files, and photographic or other copies of any such material if plaintiff does not have custody or control of the original.  The mention of any specific documents in any of the below stated requests shall not be interpreted to limit in any way the above stated broad, all inclusive definition of the term document.  Also, if any document requested to be produced was, but is no longer, in plaintiffs' possession or control or is no longer in existence, state whether it is: (a) missing or lost, (b) destroyed, (c) transferred voluntarily or involuntarily to others and if so, to whom or (d) otherwise disposed of; and in each instance explain the circumstances surrounding and the authorization for such disposition thereof and state the approximated date thereof.  Also, plaintiffs are required to produce not only those documents in their possession or custody, but also those documents in their attorneys' custody or control and/or which can be obtained by plaintiffs.

"Identify" or "identification," when used with reference to a person, shall mean to state fully the name, the present or last known address, and the telephone number of said person.

"Identify" or "identification," when used with reference to a document, shall mean to state its date, author or signer, his address, type of document and all other means of identifying

2

it, and its present or last known location or custodian; if any document was but is no longer in your possession, custody or control, state what disposition was made of it and the reason for its disposition.

"You" and "Your" shall mean plaintiff and each of its attorneys, employees, agents or representatives and all other persons acting on their behalf.

## INTERROGATORIES

1.      Identify, including name, address and telephone number, each and every person known to you or your attorneys that has knowledge or information regarding the claim made the basis of this action against QBE.

2.      Specify each and every item of damage for which you seek compensation or other recovery in this action against this defendant, including the specific dollar amount claimed to be incurred by you with respect to each item of damage claimed herein respectively.

3.      Please state all facts which you claim support your contention that your property was damaged by high winds, the extent of the damage and that QBE has refused to pay the cost of repairs.

4.      Identify, including name of insurer, address, telephone number, and policy number, each and every insurance policy issued to you providing property coverage for the subject property for a period that includes May 28, 2014, the date of the alleged incident.

5.      Identify, including name, address and telephone number, the person or entity that preformed repairs to your dwelling for the damage you allege forms the basis of this lawsuit.

6.      Identify, including name of insurer, address, telephone number, policy number, and claim number, each and every insurance claim for property damage you have made for damage to the subject dwelling.

7.      Identify, including name, address and telephone number, each and every person known to you or your attorneys that has knowledge or information regarding the claim made the basis of this action against QBE.

8.      Identify each person whom you expect to call as an expert witness at the trial of this matter, providing the business address of each person as well as a list of his or her educational background and experience which you claim qualifies him or her as an expert.

9.      State the subject matter of which each person named in response to the prior interrogatory is expected to testify, and state the substance of the fact and opinions to which the expert is expected to testify, together with the grounds for each opinion held by such expert.

 _/s/Joseph L. Cowan II_____
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Insurance Corporation*

**OF COUNSEL:**
HAND ARENDALL LLC
1801 5th Avenue North; Ste. 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.          Bank of America Insurance
E-Mail:  eddy@cunninghamlaw.com       Services, Inc.
                                      P. O. Box 10246
                                      Mail Code: CA6-913-02-11
                                      Van Nuys, CA 91410

 _/s/Joseph L. Cowan II_____
OF COUNSEL

4



ELECTRONICALLY FILED
9/4/2017 4:16 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| **JAMES PERRY WORKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No.: 2016-900721** |
| | ) |
| **QBE AMERICAS, INC.;** *et al*, | ) |
| | ) |
| **Defendants,** | ) |

### DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

COMES NOW defendant, QBE Insurance Corporation ("QBE"), and propounds the following Request for Production Plaintiff James Perry Works, ("Plaintiff") to produce the following requested documents and things in the time allowed by law:

In answering these discovery requests, you are required to furnish all information available to you including information in the possession of your attorney or any person acting in your behalf, and not merely such information as is known of your own personal knowledge.  If you cannot answer or respond to any particular discovery request or requests in full after exercising due diligence to secure the information sought, so state and answer or respond to the extent possible, specifying or explaining your inability to answer or respond to the remainder.

### <u>DEFINITIONS</u>

Unless otherwise indicated, the following definitions shall be applicable to these interrogatories.

"Address" shall mean the street number, street, city and state of the subject person, business or other entity.

"Document" means any printed, typewritten, handwritten, photographic, taped, videotaped, or otherwise recorded matter of whatever character, including but not exclusively and without limitation, records, business records, telexes, logs, bulletins, publications, books, notices, booklets, pamphlets, charts, diagrams, bills, receipts, invoices, checks, accounting records, notes, written reports, communications of any nature, statements, interviews, records of any nature, contracts, bills of sale, letters, purchase orders, studies, tests, inspections, evaluations, manuals, rules, standards, regulations, policies, guidelines, warnings, instructions, memoranda, correspondence, notebooks, telegrams, notes, catalogues, diaries, calendars, office communications, reports, statements, brochures, announcements, photographs, videotapes, transcripts of telephone conversations, meetings and interviews, electronic data, computer programs and data files, and photographic or other copies of any such material if plaintiff does not have custody or control of the original.  The mention of any specific documents in any of the below stated requests shall not be interpreted to limit in any way the above stated broad, all inclusive definition of the term document.  Also, if any document requested to be produced was, but is no longer, in plaintiffs' possession or control or is no longer in existence, state whether it is: (a) missing or lost, (b) destroyed, (c) transferred voluntarily or involuntarily to others and if so, to whom or (d) otherwise disposed of; and in each instance explain the circumstances surrounding and the authorization for such disposition thereof and state the approximated date thereof.  Also, plaintiffs are required to produce not only those documents in their possession or custody, but also those documents in their attorneys' custody or control and/or which can be obtained by plaintiffs.

"Identify" or "identification," when used with reference to a person, shall mean to state fully the name, the present or last known address, and the telephone number of said person.

2

"Identify" or "identification," when used with reference to a document, shall mean to state its date, author or signer, his address, type of document and all other means of identifying it, and its present or last known location or custodian; if any document was but is no longer in your possession, custody or control, state what disposition was made of it and the reason for its disposition.

"You" and "Your" shall mean plaintiff and each of its attorneys, employees, agents or representatives and all other persons acting on their behalf.

## REQUEST FOR PRODUCTION

1.      Produce a copy of each and every document which contends supports your claim in this matter.

2.      Produce a copy of each and every document provided by you to QBE.

3.      Please produce a copy of each and every document provided to you by QBE.

4.      Please produce a copy of any policy of insurance issued to you in effect on May 28, 2014, the date of the alleged incident.

5.      Produce a copy of all documents that you relate to your claim that your property was damaged by wind on or about May 28, 2014 and the extent of the damage.

6.       Produce a copy of all documents related to any repairs to the dwelling made the basis of this action.

7.      Produce a copy of all documents that you contend support your allegation that QBE refused to pay for the repairs made the basis of this action.

8.      Produce a copy of all documents you intend to introduce at the trial of this matter.

9.      For each expert you intend to call at the trial of this case, please produce a copy of each report authored by such expert.

10.     For each expert you intend to call at the trial of this case, please produce a copy of your expert's entire file.

11.     Please produce a copy of the curriculum vitae for any expert you intend to call at the trial of this matter.


/s/Joseph L. Cowan II_____
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Americas Inc.*

**OF COUNSEL:**
HAND ARENDALL LLC
1801 5th Avenue North; Ste. 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.            Bank of America Insurance
E-Mail:  eddy@cunninghamlaw.com         Services, Inc.
                                        P. O. Box 10246
                                        Mail Code: CA6-913-02-11
                                        Van Nuys, CA 91410


 /s/Joseph L. Cowan II_____
OF COUNSEL



ELECTRONICALLY FILED
9/4/2017 4:16 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| **JAMES PERRY WORKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.: 2016-900721** |
| ) | |
| **QBE AMERICAS, INC.;** *et al*, ) | |
| ) | |
| **Defendants,** ) | |

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

COMES NOW defendant, QBE Insurance Corporation ("QBE"), and propounds the following Request for Production Plaintiff James Perry Works, ("Plaintiff") to produce the following requested documents and things in the time allowed by law:

In answering these discovery requests, you are required to furnish all information available to you including information in the possession of your attorney or any person acting in your behalf, and not merely such information as is known of your own personal knowledge. If you cannot answer or respond to any particular discovery request or requests in full after exercising due diligence to secure the information sought, so state and answer or respond to the extent possible, specifying or explaining your inability to answer or respond to the remainder.

### **DEFINITIONS**

Unless otherwise indicated, the following definitions shall be applicable to these interrogatories.

"Address" shall mean the street number, street, city and state of the subject person, business or other entity.

"Document" means any printed, typewritten, handwritten, photographic, taped, videotaped, or otherwise recorded matter of whatever character, including but not exclusively and without limitation, records, business records, telexes, logs, bulletins, publications, books, notices, booklets, pamphlets, charts, diagrams, bills, receipts, invoices, checks, accounting records, notes, written reports, communications of any nature, statements, interviews, records of any nature, contracts, bills of sale, letters, purchase orders, studies, tests, inspections, evaluations, manuals, rules, standards, regulations, policies, guidelines, warnings, instructions, memoranda, correspondence, notebooks, telegrams, notes, catalogues, diaries, calendars, office communications, reports, statements, brochures, announcements, photographs, videotapes, transcripts of telephone conversations, meetings and interviews, electronic data, computer programs and data files, and photographic or other copies of any such material if plaintiff does not have custody or control of the original.  The mention of any specific documents in any of the below stated requests shall not be interpreted to limit in any way the above stated broad, all inclusive definition of the term document.  Also, if any document requested to be produced was, but is no longer, in plaintiffs' possession or control or is no longer in existence, state whether it is: (a) missing or lost, (b) destroyed, (c) transferred voluntarily or involuntarily to others and if so, to whom or (d) otherwise disposed of; and in each instance explain the circumstances surrounding and the authorization for such disposition thereof and state the approximated date thereof.  Also, plaintiffs are required to produce not only those documents in their possession or custody, but also those documents in their attorneys' custody or control and/or which can be obtained by plaintiffs.

"Identify" or "identification," when used with reference to a person, shall mean to state fully the name, the present or last known address, and the telephone number of said person.

2

"Identify" or "identification," when used with reference to a document, shall mean to state its date, author or signer, his address, type of document and all other means of identifying it, and its present or last known location or custodian; if any document was but is no longer in your possession, custody or control, state what disposition was made of it and the reason for its disposition.

"You" and "Your" shall mean plaintiff and each of its attorneys, employees, agents or representatives and all other persons acting on their behalf.

## REQUEST FOR PRODUCTION

1.      Produce a copy of each and every document which contends supports your claim in this matter.

2.      Produce a copy of each and every document provided by you to QBE.

3.      Please produce a copy of each and every document provided to you by QBE.

4.      Please produce a copy of any policy of insurance issued to you in effect on May 28, 2014, the date of the alleged incident.

5.      Produce a copy of all documents that you relate to your claim that your property was damaged by wind on or about May 28, 2014 and the extent of the damage.

6.       Produce a copy of all documents related to any repairs to the dwelling made the basis of this action.

7.      Produce a copy of all documents that you contend support your allegation that QBE refused to pay for the repairs made the basis of this action.

8.      Produce a copy of all documents you intend to introduce at the trial of this matter.

9.      For each expert you intend to call at the trial of this case, please produce a copy of each report authored by such expert.

3

10.     For each expert you intend to call at the trial of this case, please produce a copy of your expert's entire file.

11.     Please produce a copy of the curriculum vitae for any expert you intend to call at the trial of this matter.

*/s/Joseph L. Cowan II*
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Americas Inc.*

**OF COUNSEL:**
HAND ARENDALL LLC
1801 5th Avenue North; Ste. 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.
E-Mail:  eddy@cunninghamlaw.com

Bank of America Insurance
Services, Inc.
P. O. Box 10246
Mail Code: CA6-913-02-11
Van Nuys, CA 91410

*/s/Joseph L. Cowan II*
OF COUNSEL

4

ELECTRONICALLY FILED
6/22/2017 4:24 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# STATE OF ALABAMA

Revised 3/5/08

**Unified Judicial System**

31-ETOWAH

☐ District Court   ☑ Circuit Court

CV2

Cas

## CIVIL MOTION COVER SHEET

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL

*Name of Filing Party:*D003 - QBE INSURANCE CORPORATION

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

JOSEPH L COWAN II

1801 5th Avenue North; Ste. 400

BIRMINGHAM, AL 35203

*Attorney Bar No.:*  COW006

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| ☐ Judgment on the Pleadings ($50.00) | ☑ Compel |
| | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $  0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____  (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐ | Date:<br>6/22/2017 4:21:49 PM | Signature of Attorney or Party<br>/s/ JOSEPH L COWAN II |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
7/7/2017 4:24 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS,         )
                                           )
      Plaintiff,         )
                                           )
                                         )
v.                             )      Civil Action No.:  2016-900721
                                         )
QBE AMERICAS, INC.; *et al*,     )
                                         )
      Defendants       )

## MOTION TO COMPEL

Defendant QBE Insurance Corporation ("QBE") moves this Court pursuant to Ala. R. Civ. P. 37 to compel Plaintiff James Perry Works to provide full and complete responses to the interrogatories and requests for production of documents served on April 4, 2017. *See* Interrogatories and Requests for Production attached as Exhibit A. Responses to discovery were due by May 4, 2017, but plaintiff has failed to respond or provide any documentation.

QBE certifies that it has attempted to resolve this discovery issue prior to filing this motion. Specifically, on May 31, 2017, the undersigned wrote counsel for plaintiff reminding him that the discovery responses were overdue and requesting full and complete responses within seven (7) days to avoid filing this motion. *See* letter of May 31, 2017 attached as Exhibit B.  Plaintiff did not respond.

The undersigned counsel wrote counsel for the plaintiff again on June 7, 2017, reminding him of the overdue discovery responses and prior correspondence and requesting responses within the next five (5) days to avoid filing this motion. The undersigned specifically informed plaintiff's counsel that if he needed additional time or had issues with the discovery, QBE would be willing

to work with him. However, Plaintiff still has not responded or otherwise provided any discovery responses.

WHEREFORE, PREMISES CONSIDERED, QBE respectfully requests that this Court enter an Order granting its Motion to Compel and ordering plaintiff to produce full and complete responses to all discovery requests within fourteen (14) days, and for such other and further relief to which QBE may be entitled.

*/s/Joseph L. Cowan II*
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Americas Inc.*

**OF COUNSEL:**
HAND ARENDALL LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.
E-Mail: eddy@cunninghamlaw.com

Bank of America Insurance
Services, Inc.
P. O. Box 10246
Mail Code: CA6-913-02-11
Van Nuys, CA 91410

*/s/Joseph L. Cowan II*
OF COUNSEL

ELECTRONICALLY FILED
6/22/2017 4:24 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# EXHIBIT A

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| **JAMES PERRY WORKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2016-900721** |
| | ) | |
| **QBE AMERICAS, INC.;** *et al,* | ) | |
| | ) | |
| **Defendants,** | ) | |

---

### DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF

---

COMES NOW defendant, QBE Insurance Corporation ("QBE"), and propounds the following Interrogatories Plaintiff James Perry Works. ("Plaintiff"):

In answering these discovery requests, you are required to furnish all information available to you including information in the possession of your attorney or any person acting in your behalf, and not merely such information as is known of your own personal knowledge. If you cannot answer or respond to any particular discovery request or requests in full after exercising due diligence to secure the information sought, so state and answer or respond to the extent possible, specifying or explaining your inability to answer or respond to the remainder.

### DEFINITIONS

Unless otherwise indicated, the following definitions shall be applicable to these interrogatories.

"Address" shall mean the street number, street, city and state of the subject person, business or other entity.

"Document" means any printed, typewritten, handwritten, photographic, taped, videotaped, or otherwise recorded matter of whatever character, including but not exclusively

Exhibit A

and without limitation, records, business records, telexes, logs, bulletins, publications, books, notices, booklets, pamphlets, charts, diagrams, bills, receipts, invoices, checks, accounting records, notes, written reports, communications of any nature, statements, interviews, records of any nature, contracts, bills of sale, letters, purchase orders, studies, tests, inspections, evaluations, manuals, rules, standards, regulations, policies, guidelines, warnings, instructions, memoranda, correspondence, notebooks, telegrams, notes, catalogues, diaries, calendars, office communications, reports, statements, brochures, announcements, photographs, videotapes, transcripts of telephone conversations, meetings and interviews, electronic data, computer programs and data files, and photographic or other copies of any such material if plaintiff does not have custody or control of the original. The mention of any specific documents in any of the below stated requests shall not be interpreted to limit in any way the above stated broad, all inclusive definition of the term document. Also, if any document requested to be produced was, but is no longer, in plaintiffs' possession or control or is no longer in existence, state whether it is: (a) missing or lost, (b) destroyed, (c) transferred voluntarily or involuntarily to others and if so, to whom or (d) otherwise disposed of; and in each instance explain the circumstances surrounding and the authorization for such disposition thereof and state the approximated date thereof. Also, plaintiffs are required to produce not only those documents in their possession or custody, but also those documents in their attorneys' custody or control and/or which can be obtained by plaintiffs.

"Identify" or "identification," when used with reference to a person, shall mean to state fully the name, the present or last known address, and the telephone number of said person.

"Identify" or "identification," when used with reference to a document, shall mean to state its date, author or signer, his address, type of document and all other means of identifying

it, and its present or last known location or custodian; if any document was but is no longer in your possession, custody or control, state what disposition was made of it and the reason for its disposition.

"You" and "Your" shall mean plaintiff and each of its attorneys, employees, agents or representatives and all other persons acting on their behalf.

## INTERROGATORIES

1.      Identify, including name, address and telephone number, each and every person known to you or your attorneys that has knowledge or information regarding the claim made the basis of this action against QBE.

2.      Specify each and every item of damage for which you seek compensation or other recovery in this action against this defendant, including the specific dollar amount claimed to be incurred by you with respect to each item of damage claimed herein respectively.

3.      Please state all facts which you claim support your contention that your property was damaged by high winds, the extent of the damage and that QBE has refused to pay the cost of repairs.

4.      Identify, including name of insurer, address, telephone number, and policy number, each and every insurance policy issued to you providing property coverage for the subject property for a period that includes May 28, 2014, the date of the alleged incident.

5.      Identify, including name, address and telephone number, the person or entity that preformed repairs to your dwelling for the damage you allege forms the basis of this lawsuit.

6.      Identify, including name of insurer, address, telephone number, policy number, and claim number, each and every insurance claim for property damage you have made for damage to the subject dwelling.

3

7.     Identify, including name, address and telephone number, each and every person known to you or your attorneys that has knowledge or information regarding the claim made the basis of this action against QBE.

8.     Identify each person whom you expect to call as an expert witness at the trial of this matter, providing the business address of each person as well as a list of his or her educational background and experience which you claim qualifies him or her as an expert.

9.     State the subject matter of which each person named in response to the prior interrogatory is expected to testify, and state the substance of the fact and opinions to which the expert is expected to testify, together with the grounds for each opinion held by such expert.

/s/Joseph L. Cowan II
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Insurance Corporation*

**OF COUNSEL:**
HAND ARENDALL LLC
1801 5th Avenue North; Ste. 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.
E-Mail: eddy@cunninghamlaw.com

Bank of America Insurance
Services, Inc.
P. O. Box 10246
Mail Code: CA6-913-02-11
Van Nuys, CA 91410

/s/Joseph L. Cowan II
OF COUNSEL

4

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| **JAMES PERRY WORKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2016-900721** |
| | ) | |
| **QBE AMERICAS, INC.;** *et al,* | ) | |
| | ) | |
| **Defendants,** | ) | |

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

COMES NOW defendant, QBE Insurance Corporation ("QBE"), and propounds the following Request for Production Plaintiff James Perry Works, ("Plaintiff") to produce the following requested documents and things in the time allowed by law:

In answering these discovery requests, you are required to furnish all information available to you including information in the possession of your attorney or any person acting in your behalf, and not merely such information as is known of your own personal knowledge. If you cannot answer or respond to any particular discovery request or requests in full after exercising due diligence to secure the information sought, so state and answer or respond to the extent possible, specifying or explaining your inability to answer or respond to the remainder.

### <u>DEFINITIONS</u>

Unless otherwise indicated, the following definitions shall be applicable to these interrogatories.

"Address" shall mean the street number, street, city and state of the subject person, business or other entity.

Exhibit A

"Document" means any printed, typewritten, handwritten, photographic, taped, videotaped, or otherwise recorded matter of whatever character, including but not exclusively and without limitation, records, business records, telexes, logs, bulletins, publications, books, notices, booklets, pamphlets, charts, diagrams, bills, receipts, invoices, checks, accounting records, notes, written reports, communications of any nature, statements, interviews, records of any nature, contracts, bills of sale, letters, purchase orders, studies, tests, inspections, evaluations, manuals, rules, standards, regulations, policies, guidelines, warnings, instructions, memoranda, correspondence, notebooks, telegrams, notes, catalogues, diaries, calendars, office communications, reports, statements, brochures, announcements, photographs, videotapes, transcripts of telephone conversations, meetings and interviews, electronic data, computer programs and data files, and photographic or other copies of any such material if plaintiff does not have custody or control of the original.  The mention of any specific documents in any of the below stated requests shall not be interpreted to limit in any way the above stated broad, all inclusive definition of the term document.  Also, if any document requested to be produced was, but is no longer, in plaintiffs' possession or control or is no longer in existence, state whether it is: (a) missing or lost, (b) destroyed, (c) transferred voluntarily or involuntarily to others and if so, to whom or (d) otherwise disposed of; and in each instance explain the circumstances surrounding and the authorization for such disposition thereof and state the approximated date thereof.  Also, plaintiffs are required to produce not only those documents in their possession or custody, but also those documents in their attorneys' custody or control and/or which can be obtained by plaintiffs.

"Identify" or "identification," when used with reference to a person, shall mean to state fully the name, the present or last known address, and the telephone number of said person.

2

"Identify" or "identification," when used with reference to a document, shall mean to state its date, author or signer, his address, type of document and all other means of identifying it, and its present or last known location or custodian; if any document was but is no longer in your possession, custody or control, state what disposition was made of it and the reason for its disposition.

"You" and "Your" shall mean plaintiff and each of its attorneys, employees, agents or representatives and all other persons acting on their behalf.

## REQUEST FOR PRODUCTION

1.    Produce a copy of each and every document which contends supports your claim in this matter.

2.    Produce a copy of each and every document provided by you to QBE.

3.    Please produce a copy of each and every document provided to you by QBE.

4.    Please produce a copy of any policy of insurance issued to you in effect on May 28, 2014, the date of the alleged incident.

5.    Produce a copy of all documents that you relate to your claim that your property was damaged by wind on or about May 28, 2014 and the extent of the damage.

6.     Produce a copy of all documents related to any repairs to the dwelling made the basis of this action.

7.    Produce a copy of all documents that you contend support your allegation that QBE refused to pay for the repairs made the basis of this action.

8.    Produce a copy of all documents you intend to introduce at the trial of this matter.

9.    For each expert you intend to call at the trial of this case, please produce a copy of each report authored by such expert.

3

10.     For each expert you intend to call at the trial of this case, please produce a copy of your expert's entire file.

11.     Please produce a copy of the curriculum vitae for any expert you intend to call at the trial of this matter.

/s/Joseph L. Cowan II
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Insurance Corporation*

**OF COUNSEL:**
HAND ARENDALL LLC
1801 5th Avenue North; Ste. 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.
E-Mail: eddy@cunninghamlaw.com

Bank of America Insurance
Services, Inc.
P. O. Box 10246
Mail Code: CA6-913-02-11
Van Nuys, CA 91410

/s/Joseph L. Cowan II
OF COUNSEL

4

ELECTRONICALLY FILED
6/22/2017 4:24 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# EXHIBIT B

Joseph L. Cowan, II
Direct Dial (205) 502-0158
Direct Fax (205) 332-3596
jcowan@handarendall.com

# HAND ⟨Ⓐ⟩ ARENDALL LLC ᴸᴸ LAWYERS

1801 5TH AVENUE NORTH, SUITE 400 ⋈ BIRMINGHAM, ALABAMA 35203
(205) 324-4400 ⋈ Facsimile: (205) 322-1163

June 7, 2017

*Via U.S. Mail and E-Mail:  eddy@cunninghamlaw.com*
John Edward Cunningham, Esq.
Cunningham Law, LLC
852 Chestnut Street
Gadsden, Alabama 35901

Re:   *James Perry Works v. QBE Americas, Inc., et al*
      In the Circuit Court of Etowah County, Alabama
      Civil Action No.:  2016-900721

Dear Mr. Cunningham:

This letter follows my previous communication of May 31, 2017 regarding your client's delinquent discovery responses.  In that letter, I requested that you provide responses to QBE's First Interrogatories and Requests for Production of Documents which were served on April 4, 2017 and which responses were due on May 4, 2017.  In my prior correspondence, I requested that you provide me with fully completed responses by this date.  I still have not received any responses to the requested discovery or in response to my letter which was e-mailed and sent via US Mail to you.

Please provide the responses to me within the next five (5) days or I will have no choice but to file a motion with the court. If you need additional time or if you need to discuss this matter, I am available and willing to work with you.

Your prompt cooperation is appreciated.

Sincerely,

Joseph L. Cowan, II

JLC/rap

EXHIBIT B

MOBILE  ▪  BIRMINGHAM  ▪  ATHENS  ▪  FAIRHOPE



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  JOSEPH L COWAN II
jcowan@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 6/22/2017 4:24:10 PM

**D003 QBE INSURANCE CORPORATION**

MOTION TO COMPEL

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:     6/22/2017 4:24:10 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 6/22/2017 4:24:10 PM

**D003 QBE INSURANCE CORPORATION**
MOTION TO COMPEL
[Filer: COWAN JOSEPH LAMAR II]

Notice Date:     6/22/2017 4:24:10 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   CUNNINGHAM JOHN EDWARD
      eddy@cunninghamlaw.co

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 6/22/2017 4:24:10 PM

**D003 QBE INSURANCE CORPORATION**

MOTION TO COMPEL

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:        6/22/2017 4:24:10 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



ELECTRONICALLY FILED
6/23/2017 8:56 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| WORKS JAMES PERRY, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:     CV-2016-900721.00 |
| | ) |
| QBE AMERICAS, INC., | ) |
| BANK OF AMERICA INSURANCE SERVICES INC, | ) |
| QBE INSURANCE CORPORATION, | ) |
| Defendants. | ) |

### ORDER

MOTION TO COMPEL filed by QBE INSURANCE CORPORATION is hereby GRANTED.

The Plaintiff is Ordered and Directed to respond to Defendant's Discovery within twenty-one (21) days from the date of this Court Order or appropriate sanctions will be entered by the Court.

**DONE this 23rd day of June, 2017.**

/s/ W. ALLEN MILLICAN
**CIRCUIT JUDGE**



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   CUNNINGHAM JOHN EDWARD
       eddy@cunninghamlaw.co

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 6/23/2017 8:56:58 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          WAM

Notice Date:    6/23/2017 8:56:58 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   COWAN JOSEPH LAMAR II
      jcowan@handarendall.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 6/23/2017 8:56:58 AM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         WAM

Notice Date:   6/23/2017 8:56:58 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 6/23/2017 8:56:58 AM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         WAM

Notice Date:   6/23/2017 8:56:58 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE., SUITE 202
GADSDEN, ALABAMA 35901

BIRMINGHAM

JUL 17 2017

CIRCUIT COURT

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 35901366952        *1239-03969-23-45

To: BANK OF AMERICA INSURANCE SERVICES INC
P.O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

ELECTRONICALLY FILED
7/25/2017 5:24 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

**STATE OF ALABAMA**                    Revised 3/5/08

Unified Judicial System

31-ETOWAH                 ☐ District Court   ☑ Circuit Court       CV2...

| | |
|---|---|
| JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL | **CIVIL MOTION COVER SHEET** |
| | *Name of Filing Party:* D003 - QBE INSURANCE CORPORATION |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

JOSEPH L COWAN II

1801 5th Avenue North; Ste. 400

BIRMINGHAM, AL 35203

*Attorney Bar No.:* COW006

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Compel |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Motion to Intervene ($297.00) | ☐ Disburse Funds |
| ☐ Other _____ | ☐ Extension of Time |
| pursuant to Rule _____ ($50.00) | ☐ In Limine |
| | ☐ Joinder |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $   0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Mtn to Dismiss for Failure to Comply with Disc Order & Want of Prosecution |
| | pursuant to Rule   Rule 37(b) or Rule 41 (b)   (Subject to Filing Fee) |

| | | |
|---|---|---|
| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: 7/25/2017 5:22:46 PM | Signature of Attorney or Party /s/ JOSEPH L COWAN II |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
5/25/2017 5:24 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| JAMES PERRY WORKS,          ) | |
|                 ) | |
|       Plaintiff,        ) | |
|                 ) | |
|                 ) | |
| v.                 ) | Civil Action No.:  2016-900721 |
|                 ) | |
| QBE AMERICAS, INC., *et al*,    ) | |
|                 ) | |
|       Defendants      ) | |

## MOTION TO DISMISS FOR FAILURE TO COMPY WITH DISCOVERY ORDER AND WANT OF PROSECUTION

Defendant QBE Insurance Corporation ("QBE") moves this Court pursuant to Ala. R. Civ. P. 37(b) to dismiss the claim against it for Plaintiff's willful failure to comply with the Court's discovery order or, in the alternative, under Rule 41(b) for want of prosecution. As grounds for this motion, QBE says as follows:

1.     Plaintiff filed his Complaint against QBE on October 10, 2016, alleging that QBE had failed to pay for the cost of repairs from a wind event occurring on May 28, 2014.[1]

2.     As set forth in the Motion to Compel, QBE, through counsel, requested on numerous occasions that Plaintiff voluntarily provide information related to the claim, including a copy of the repair estimates and receipts being claimed as damages in this case. When those were not forthcoming, QBE served its first formal interrogatories and requests for production on April 4, 2017.

3.     Plaintiff failed to respond to those discovery requests.

---

[1] Plaintiff originally sued the wrong QBE entity, identified in the original Complaint as "QBE Americas, Inc." After the undersigned attempted to work with Plaintiff to have the correct QBE entity substituted, Plaintiff added the correct QBE entity but refused to dismiss the erroneous one. QBE was forced to file a Motion to Dismiss the improperly named entity, which was granted by the Court without objection at the hearing.

4.     After numerous efforts to obtain voluntary compliance with the discovery requests, QBE was forced to file a Motion to Compel, which this Court granted on June 23, 2017. Pursuant to the Court's Order, Plaintiff was allowed 21 days (until July 14, 2017) to provide full and complete responses "or appropriate sanctions will be entered by the Court."

5.     More than 30 days have passed since this Court Order, but Plaintiff has still failed to provide any discovery responses.  Plaintiff also has not communicated with the undersigned regarding the status of those responses.  The Court's Order, like QBE's prior efforts to obtain discovery, has simply been ignored.

6.     In addition, Plaintiff has not conducted any discovery or made any other efforts to prosecute his claim.

7.     Pursuant to Rule 37(b), a trial court is authorized to "dismiss an action as a sanction against a party who violates an order compelling him or her to provide or permit discovery." *Horton v. Hinton*, 2017 WL 1101397 (Ala. Civ. App. March 24, 2017) (affirming dismissal as a sanction where plaintiff failed to comply with discovery requests and orders to respond). "'[W]illfullness' on the part of the noncomplying party is a key factor supporting a dismissal." *Id.* at *2. (quoting *Iverson v. Xpert Tune, Inc.*, 553 So. 2d 82, 87 (Ala. 1989)).

8.     Here, Plaintiff's recalcitrance in responding to any discovery request – voluntary, formal, or Court ordered – coupled with his failure to even acknowledge those obligations and respond to communications about them is ample evidence of Plaintiff's willful disregard of his discovery obligations. As set forth in the Motion to Compel, QBE made numerous efforts to secure the discovery necessary to understand the basis for Plaintiff's claim and damages, including emailed and mailed letters reminding Plaintiff of his obligations, offering additional time, or offering to work with Plaintiff on any issues he might have with compliance; however, Plaintiff

2

never once responded to any of those requests. Plaintiff has also completely disregarded this Court's Order requiring him to respond. Accordingly, QBE has no choice but to request that the Court dismiss this suit against it as sanctions for the Plaintiff's failure to comply with his discovery obligations and, more importantly, to comply with this Court's Order.

9.      In addition, the case should be dismissed for want of prosecution. Under Rule 41(b), the Court is authorized to dismiss a case on motion for "failure of the plaintiff to prosecute or to comply with these rules or any order of court." Plaintiff's failure to comply with his discovery obligations is well established. Further, Plaintiff has shown no interest in proceeding with this claim. A Rule 41(b) dismissal is warranted.

WHEREFORE, PREMISES CONSIDERED, QBE requests that this claim be dismissed with prejudice, costs taxed as paid, or for such other relief to which QBE may be entitled.

 */s/Joseph L. Cowan II*
JOSEPH L. COWAN, II (COW006)
*Attorney for QBE Insurance Corporation*

**OF COUNSEL:**
HAND ARENDALL LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handarendall.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the following was served upon the following via U.S. mail, postage prepaid:

John Edward Cunningham, Esq.
E-Mail:  eddy@cunninghamlaw.com

Bank of America Insurance
Services, Inc.
P. O. Box 10246
Mail Code: CA6-913-02-11
Van Nuys, CA 91410


            /s/Joseph L. Cowan II
OF COUNSEL

4



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   JOSEPH L COWAN II
      jcowan@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 7/25/2017 5:24:31 PM

**D003 QBE INSURANCE CORPORATION**

MTN TO DISMISS FOR FAILURE TO COMPLY WITH DISC ORDER & WANT OF PROSECUTION

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:      7/25/2017 5:24:31 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 7/25/2017 5:24:31 PM

**D003 QBE INSURANCE CORPORATION**

MTN TO DISMISS FOR FAILURE TO COMPLY WITH DISC ORDER & WANT OF PROSECUTION

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:     7/25/2017 5:24:31 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  CUNNINGHAM JOHN EDWARD
eddy@cunninghamlaw.co

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 7/25/2017 5:24:31 PM

**D003 QBE INSURANCE CORPORATION**

MTN TO DISMISS FOR FAILURE TO COMPLY WITH DISC ORDER & WANT OF PROSECUTION

[Filer: COWAN JOSEPH LAMAR II]

Notice Date:      7/25/2017 5:24:31 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
7/26/2017 10:48 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**

**JAMES PERRY WORKS,**

      **PLAINTIFF**

**VS.**                                    **CASE NO: CV-16-900721**

**QBE AMERICAS, INC., et al,**

      **DEFENDANT.**

**ANSWER**

In response to the motion filed by the Defendant in the above styled action the Plaintiff says as follows:

1.    The Plaintiff has had surgery on his neck for injuries arising out of an automobile accident and is unable to travel at this time and is unable to sign his answers to interrogatories and his responses to the production request.

                          s/John Edward Cunningham
                          John Edward Cunningham
                          Cunningham Law LLC
                              Attorney for Plaintiff
                              852 Chestnut Street
                          Gadsden, Alabama 35901
                          Telephone: (256) 546-1953
                          Fax: (256) 546-9971
                          CUN001
                          E-Mail: eddy@cunninghamlaw.co

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2017, I electronically filed the foregoing Answer with the Clerk of the Court using the AlaFile System which will send notification of such filing to the following Counsel:

                    Joseph L. Cowan, II, Attorney for Defendants

                    s/Edward Cunningham



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To: JOHN EDWARD CUNNINGHAM
eddy@cunninghamlaw.co

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 7/26/2017 10:48:54 AM

**C001 WORKS JAMES PERRY**

MTN TO DISMISS FOR FAILURE TO COMPLY WITH DISC ORDER & WANT OF PROSECUTION

[Filer: CUNNINGHAM JOHN EDWARD]

Notice Date:      7/26/2017 10:48:54 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 7/26/2017 10:48:54 AM

**C001 WORKS JAMES PERRY**

MTN TO DISMISS FOR FAILURE TO COMPLY WITH DISC ORDER & WANT OF PROSECUTION

[Filer: CUNNINGHAM JOHN EDWARD]

Notice Date:      7/26/2017 10:48:54 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:   COWAN JOSEPH LAMAR II
      jcowan@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following matter was FILED on 7/26/2017 10:48:54 AM

**C001 WORKS JAMES PERRY**

MTN TO DISMISS FOR FAILURE TO COMPLY WITH DISC ORDER & WANT OF PROSECUTION

[Filer: CUNNINGHAM JOHN EDWARD]

Notice Date:      7/26/2017 10:48:54 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150


ELECTRONICALLY FILED
7/27/2017 8:31 PM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**

WORKS JAMES PERRY,                     )
Plaintiff,                             )
                                       )
V.                                     )  Case No.:      CV-2016-900721.00
                                       )
QBE AMERICAS, INC.,                    )
BANK OF AMERICA INSURANCE              )
SERVICES INC,                          )
QBE INSURANCE CORPORATION,             )
Defendants.                            )

**ORDER**

MTN TO DISMISS FOR FAILURE TO COMPLY WITH DISC ORDER & WANT OF PROSECUTION filed by QBE INSURANCE CORPORATION is hereby DENIED.   The plaintiff shall provide the defendant with the unsigned interrogatories and a date certain as to when the signed documents will be forth coming.

**DONE this 27th day of July, 2017.**

                          **/s/ W. ALLEN MILLICAN**
                          **CIRCUIT JUDGE**



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  CUNNINGHAM JOHN EDWARD
eddy@cunninghamlaw.co

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 7/27/2017 8:31:38 PM

ORDER

[Filer: ]

Disposition:    DENIED
Judge:          WAM

Notice Date:    7/27/2017 8:31:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  COWAN JOSEPH LAMAR II
     jcowan@handarendall.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 7/27/2017 8:31:38 PM

ORDER

[Filer: ]

Disposition:   DENIED
Judge:         WAM

Notice Date:   7/27/2017 8:31:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900721.00

Judge: W. ALLEN MILLICAN

To:  BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
P. O. BOX 10246
MAIL CODE: CA6-913-02-11
VAN NUYS, CA, 91410-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

A court action was entered in the above case on 7/27/2017 8:31:38 PM

ORDER

[Filer: ]

Disposition:   DENIED
Judge:         WAM

Notice Date:   7/27/2017 8:31:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



ELECTRONICALLY FILED
8/16/2017 11:10 AM
31-CV-2016-900721.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

**JAMES PERRY WORKS**

      **PLAINTIFF**

**VS.**                          **CASE NO. CV-16-900721**

**QBE AMERICAS, INC., et al,**

      **DEFENDANT**

### NOTICE OF SERVICE OF DISCOVERY

The Plaintiff, JAMES PERRY WORKS, hereby certifies that he has served upon all parties hereto,   the following discovery requested by Joseph L. Cowan, III Attorney for Defendant:

1.      Plaintiff's Answers to Defendant's Interrogatories.

2.      Plaintiff's Answers to Defendant's Request for Production.

s/John Edward Cunningham
John Edward Cunningham
Cunningham Law,  L.L.C
Attorney for Plaintiff
P. O. Box 385
Gadsden, Alabama 35902
Telephone: (256) 546-1953
Fax: (256) 546-9971
CUN001
E-Mail: eddy@cunninghamlaw.co

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2017, I electronically  filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the AlaFile System which will send notification of such filing to the following Counsel:

Joseph L. Cowan, III,  Attorney for the Defendant.

s/Edward Cunningham

AlaFile E-Notice

31-CV-2016-900721.00

To:   JOHN EDWARD CUNNINGHAM
       eddy@cunninghamlaw.co

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following EXHIBIT LIST was FILED on 8/16/2017 11:10:14 AM

Notice Date:        8/16/2017 11:10:14 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:   BANK OF AMERICA INSURANCE SERVICES INC (PRO SE)
      P. O. BOX 10246
      MAIL CODE: CA6-913-02-11
      VAN NUYS, CA, 91410-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following EXHIBIT LIST was FILED on 8/16/2017 11:10:14 AM

Notice Date:     8/16/2017 11:10:14 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900721.00

To:   COWAN JOSEPH LAMAR II
      jcowan@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JAMES PERRY WORKS V. QBE AMERICAS, INC. ET AL
31-CV-2016-900721.00

The following EXHIBIT LIST was FILED on 8/16/2017 11:10:14 AM

Notice Date:     8/16/2017 11:10:14 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150