IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JAMES PERRY WORKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 4:17-cv-1439-VEH |
| | ) |
| QBE INSURANCE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT

Plaintiff James Perry Works and Defendant QBE Insurance Corporation jointly inform the court that they have now reached a settlement of this matter. The parties expect the settlement will be consummated within the next 30 days.

/s/ Joseph L. Cowan, II
Joseph L. Cowan, II (ASB-3620-A61J)
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Phone: (205)324-4400
Fax:    (205)322-1163
Email: jcowan@handarendall.com

/s/ John Edward Cunningham, Esq.
John Edward Cunningham (ASB-6031-N64J)
CUNNINGHAM LAW LLC
852 Chestnut Street
Gadsden, AL 35901
Phone: (256)546-1953
Fax:    (256)546-9971
Email: eddy@cunninghamlaw.co

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served electronically upon the following counsel of record who are ECF registrant(s): **John Edward Cunningham** and on all other counsel of record or pro se parties by placing the same in the U.S. Mail, first class postage pre-paid and properly addressed as follows, on this the 30th day of May, 2018.

John Edward Cunningham, Esq.  
eddy@cunninghamlaw.co

Bank of America Insurance Services, Inc.  
P.O. Box 10246  
Mail Code: CA6-913-02-11  
Van Nuys, CA  91410

/s/ Joseph L. Cowan, II  
Of Counsel