# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JAMES PERRY WORKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.:  4:17-CV-1439-VEH |
| | ) |
| **QBE INSURANCE CORPORATION and BANK OF AMERICA INSURANCE SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On June 1, 2018, the Court entered an Order directing Plaintiff to show cause why Defendant Bank of America Insurance Services, Inc. should not be dismissed pursuant to FED. R. CIV. P. 4(m). (Doc. 12). Rule 4(m) provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or <u>on its own after notice to the plaintiff</u>--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

FED. R. CIV. P. 4(m) (emphasis added).

Plaintiff's deadline to show cause expired on June 12, 2018. Plaintiff has neither filed a response nor requested additional time from the Court in which to do so. Consequently, Bank of America Insurance Services, Inc. is **HEREBY**

**DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m).

**DONE** and **ORDERED** this 18th day of June, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge