# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JAMES PERRY WORKS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No.:  4:17-CV-1439-VEH** |
| | ) |
| **QBE INSURANCE** | ) |
| **CORPORATION and BANK OF** | ) |
| **AMERICA INSURANCE** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

The Court having been advised by counsel through the Notice of Settlement (doc. 11) filed on May 30, 2018, that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the Court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 18th day of June, 2018.

                                                /s/ VEHopkins
                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge